

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-4-2005

# Bartlebaugh v. Corcoran

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1874

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Bartlebaugh v. Corcoran" (2005). *2005 Decisions.* Paper 734.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/734

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CPS-292                                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-1874

_____

LOUIS BARTLEBAUGH,

Appellant

v.

RICHARD CORCORAN

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 05-cv-00048J)
District Judge: Honorable Kim R. Gibson

_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
June 30, 2005

Before: ALITO, MCKEE and AMBRO, <u>Circuit Judges</u>

(Filed : August 4, 2005)

_____

OPINION

_____

PER CURIAM

    Louis Bartlebaugh appeals the District Court's order granting appellee Richard

Corcoran's motion to dismiss Bartlebaugh's complaint.  Bartlebaugh filed a complaint in

state court alleging that Corcoran committed malpractice in Bartlebaugh's direct appeal from his criminal conviction. Corcoran removed the case to the District Court for the Western District of Pennsylvania and filed a motion to dismiss. The District Court granted the motion to dismiss, and Bartlebaugh filed a timely notice of appeal. We have jurisdiction under 28 U.S.C. § 1291.

The District Court dismissed the complaint on the ground that Bartlebaugh's claims were barred by claim preclusion because he had previously brought the claims in a prior action. Our review of the District Court's application of res judicata is plenary. Venuto v. Witco Corp., 117 F.3d 754, 758 (3d Cir. 1997). We agree with the District Court that Bartlebaugh's current claims are barred because he brought them in a previous action. See Bartlebaugh v. Lazarri, W.D. Pa. Civ. No. 04-cv-228J.

Summary action is appropriate if there is no substantial question presented in the appeal. See Third Circuit LAR 27.4. For the above reasons, as well as those set forth by the District Court, we will summarily affirm the District Court's order. See Third Circuit I.O.P. 10.6. Appellant's motion for the appointment of counsel is denied.